

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00062-CR

**IN RE** Michael **QUINTANA RIOS,** Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

Delivered and Filed: June 5, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On April 1, 2024, relator filed a petition for writ of mandamus. After considering the petition, the court concludes relator has not demonstrated that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 5, 2024.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Case No. A18771, in Kerr County, Texas, styled *State of Texas v. Michael Quintana Rios*.